UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Joseph Banko, et al.

    v.                                Civil No. 08-00095-JL

Town of Alton, et al.

## **O R D E R**

The Preliminary Pretrial Conference was held in chambers on May 7, 2008.

The Discovery Plan (document #10) is approved as submitted.

By agreement of the parties, the following are **stricken**:

- Hackett's affirmative defense #6 (comparative negligence);
- Barnstead/McDowell's affirmative defense #6 (late notice of state law claims);
- Alton's affirmative defense C (statute of limitations/ laches), D (waiver/release), E (res judicata/collateral estoppel), and F (late notice of state law claims).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  May 7, 2008

cc:   Richard J. Lehmann, Esq.
      Andrew B. Livernois, Esq.
      Charles P. Bauer, Esq.
      Brian J.S. Cullen, Esq.
      William G. Scott, Esq.